**FILED**
October 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-432 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Gabriel Richard Viramontes, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Gabriel Richard Viramontes Case 2:07-cr-432 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___   Release on Personal Recognizance

　　___   Bail Posted in the Sum of _____

　　_X_   Unsecured bond in the amount of $100,000, co-signed by defendant's wife Marrielle Viramontes

　　___   Appearance Bond with 10% Deposit

　　___   Appearance Bond secured by Real Property

　　___   Corporate Surety Bail Bond

　　_X_   (Other) PTS conditions/supervision; defendant ordered to make no real estate transactions

Issued at Sacramento, CA on 10/5/07 at 2:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge