IN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES ROY MARTIN,<br>MARIO FELLINI, III,<br>GABRIEL RICHARD VIRAMONTES, and<br>JOSEPH SALVATORE GALLO,<br><br>                Defendants. | CASE NO. CRS-07-432 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING AND BREIFING<br>SCHEDULE RE **DEFENDANT VIRAMONTES'** MOTION TO SUPPRESS STATEMENTS<br><br>DATE: March 19, 2010<br>TIME: 10:00 a.m.<br>COURT: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and Gabriel Richard Viramontes, through his attorney, Michael B. Bigelow, that the hearing re defendant Viramontes' Motion to Suppress Statements, scheduled for March 5, 2010, shall be continued to March 19, 2010, at 10:00 a.m.

    The week of March 1, 2010, Matthew Stegman will be an instructor at a mortgage fraud conference held in South Carolina.  The conference dates are Tuesday through Thursday, March 2 through March 4.  With travel time, it would be difficult to be present and prepare for a hearing on Friday, March 5.

1

Michael Bigelow advised he had no objection to continuing the briefing schedule and hearing date.

The stipulated briefing schedule would be modified as follows:

Government response:     March 1, 2010;

Defense reply, if any:   March 8, 2010;

Hearing on Motions:      March 19, 2010.

The parties stipulate and agree that time, from February 6, 2010, the date of the filing of the motion, through and including March 19, 2010, the date of the hearing, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex), T4 (time for defense counsel to prepare) and E (pending motions.)

Dated: February 12, 2010

       /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
GABRIEL RICHARD VIRAMONTES

Dated: February 12, 2010
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**IT IS SO ORDERED:**

DATED: February 16, 2010     /s/ Edward J. Garcia
EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge