1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. CRS-07-432 EJG
                                   )
12                 Plaintiff,      )  STIPULATION AND ORDER TO MODIFY
                                   )  BRIEFING SCHEDULE RE **DEFENDANT**
13  v.                             )  **VIRAMONTES'** MOTION TO SUPPRESS
                                   )  STATEMENTS
14  JAMES ROY MARTIN,              )
    MARIO FELLINI, III,            )  DATE:  March 19, 2010
15  GABRIEL RICHARD VIRAMONTES, and)  TIME:  10:00 a.m.
    JOSEPH SALVATORE GALLO,        )  COURT: Hon. Edward J. Garcia
16                                 )
                   Defendants.     )
17

18      IT IS HEREBY STIPULATED between the United States of America,

19  through its attorney of record, Matthew C. Stegman, Assistant U.S.

20  Attorney; and Gabriel Richard Viramontes, through his attorney,

21  Michael B. Bigelow, that the briefing schedule be modified as set

22  forth below.  The hearing date already scheduled will remain as set

23  for March 19, 2010, at 10:00 a.m.

24      The week of March 1, 2010, Matthew Stegman will be an instructor

25  at a mortgage fraud conference held in South Carolina.  Further, the

26  parties are discussing a possible plea agreement.  Because of these

27  reasons, the government needs additional time to prepare its

28  opposition brief, and the parties need additional time to discuss a

                                    1

plea agreement.  Mr. Bigelow has advised he has no objection to modifying the briefing schedule.

The briefing schedule would be modified as follows:

Government response:     March 8, 2010;

Defense reply, if any:   March 12, 2010.

The parties stipulate and agree that time, from February 6, 2010, the date of the filing of the motion, through and including March 19, 2010, the date of the hearing, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex), T4(time for defense counsel to prepare) and E (pending motions.)

Dated: February 26, 2010

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
GABRIEL RICHARD VIRAMONTES

Dated: February 26, 2010

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:  /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**IT IS SO ORDERED:**

DATED: 2/26/10       /s/ Edward J. Garcia
EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge