**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Gabriel Viramontes

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>        Plaintiff    )<br>  )<br>   vs.   )<br>  )<br>  )<br>GABRIEL RICHARD VIRAMONTES )<br>  )<br>  )<br>  )<br>       Defendant  )<br>_____) | No. Cr.S-07-432 EJG<br><br>REQUEST TO WITHDRAW RULE 12<br>MOTION TO SUPPRESS<br>STATEMENTS;<br>(PROPOSED) ORDER |

On February 6, 2010, defendant in the above captioned matter filed a Rule 12 Motion to Suppress Statements. This Court scheduled an evidentiary hearing to be had on March 26, 2010.

On March 23, 2010 Government counsel Mathew Stegman stated to the undersigned that that the Government would use Mr. Viramonte's statements only for impeachment purposes in the event Mr. Viramontes testifies at trial. On March 24, 2010, the Government, through its counsel, Mathew Stegman, filed a memorandum informing the Court that it would not introduce defendant's statements in its case-in-chief.

-1-

Based on the government's representations, Mr. Viramontes withdraws as moot his Rule 12 Motion to Suppress Statements scheduled for March 26, 2010 at 11:00 AM.

DATED: March 24, 2010                Respectfully submitted,


                                     /S/MICHAEL B. BIGELOW
                                     Michael B. Bigelow
                                     Attorney for Defendant Viramontes

**ORDER (Proposed)**

**IT IS SO ORDERED**

DATED: March 24, 2010                /s/ Edward J. Garcia
                                     Hon. Edward J. Garcia, Jr.
                                     Judge, U.S. District Court
                                     Eastern District, California