**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

# FILED

**M E M O R A N D U M**

JUN - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Gabriel Richard Viramontes**
      **Docket Number:   2:07CR00432-03**
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING**

Your Honor:

The above matter is scheduled for judgment and sentencing on June 24, 2011.   Due to the workload of the undersigned, more time is needed to complete the presentence report. Therefore, all parties have agreed to a continuation of judgment and sentencing.   The following proposed sentencing schedule is offered:

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar, if approved.

Respectfully submitted,

**BRENDA BARRON-HARRELL**
**United States Probation Officer**

**REVIEWED BY:** _____

**Linda L. Alger**
**Supervising United States Probation Officer**

Dated:   June 1, 2011
         Sacramento, California
         BBH

Attachment

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:   **Gabriel Richard Viramontes**
      **Docket Number:  2:07CR00432-03**

      **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

6/6/11

**Date**

____ **Disapproved**

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**vs.**

**GABRIEL RICHARD VIRAMONTES**

        **Defendant.**

_____/

**Docket Number:   2:07CR00432-03**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/07/2011, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 09/30/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/23/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/16/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/09/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/26/2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG