UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED

SEP 06 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Gabriel Richard Viramontes**
Docket Number: 2:07CR00432-03
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

The above matter is scheduled for judgment and sentencing on October 7, 2011. Due to the workload of the undersigned, more time is needed to interview the defendant and complete the presentence report. At this time, an interview date has been scheduled with the attorney. Therefore, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar, if approved.

Respectfully submitted,

_/s/ for BBH_

**BRENDA BARRON-HARRELL**
**United States Probation Officer**

REVIEWED BY: _/s/_
Hugo Ortiz
**Supervising United States Probation Officer**

Dated:   September 2, 2011
         Sacramento, California
         BBH

Attachment

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:  **Gabriel Richard Viramontes**
     **Docket Number:   2:07CR00432-03**

## CONTINUANCE OF JUDGMENT AND SENTENCING

cc:  Clerk, United States District Court
     United States Attorney's Office
     United States Marshal's Office
     Federal Defender (If defense counsel is court-appointed)
     Probation Office Calendar clerk

✓ Approved

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

9/6/11
**Date**

___ Disapproved

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket Number:   2:07CR00432-03** |
| Plaintiff, | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **GABRIEL RICHARD VIRAMONTES** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/02/2011, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 11/25/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/18/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/11/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/04/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/21/2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG