UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM 

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                      RE: Gabriel Richard Viramontes
                           Docket Number:   2:07CR00432-03
                           **CONTINUANCE OF JUDGMENT**
                           **AND SENTENCING**

Your Honor:

The above matter is scheduled for judgment and sentencing on December 2, 2011. Due to defense counsel's objection to the loss amount, more time is needed for the investigating agent to gather and submit records in support of the loss amount attributed to the defendant in the presentence report. Therefore, all parties have agreed to continue this matter. The following proposed sentencing schedule is offered:

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar, if approved.

                                 Respectfully submitted,

                                 /s/ Brenda Barron-Harrell
                                 **BRENDA BARRON-HARRELL**
                                 United States Probation Officer

**REVIEWED BY:** /s/ Hugo Ortiz
                       **Hugo Ortiz**
                       **Supervising United States Probation Officer**

FILED
NOV 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Dated:    November 15, 2011
              Sacramento, California
              BBH

Attachment

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: Gabriel Richard Viramontes
Docket Number: 2:07CR00432-03

## CONTINUANCE OF JUDGMENT AND SENTENCING

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____
EDWARD J. GARCIA
Senior United States District Judge

11/16/11
Date

___ Disapproved

2

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:07CR00432-03 |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **GABRIEL RICHARD VIRAMONTES** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/06/2012, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 12/30/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/23/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/16/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | completed |
| The proposed Presentence Report shall be disclosed to counsel no later than: | completed |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG