**MICHAEL B. BIGELOW**
Attorney at Law   - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Gabriel Viramontes

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S-07-432 EJG |
| Plaintiff ) | |
| ) | AMENDED |
| vs. ) | STIPULATION RESCHEDULING RULE |
| ) | 29 MOTION |
| ) | |
| GABRIEL RICHARD VIRAMONTES ) | AND ORDER |
| ) | |
| Defendant ) | |

Pursuant to stipulation between the parties, petitioner's motion pursuant to Rule 29, currently scheduled to be heard on December 2, 2011, is to be continued to January 6, 2012, the date presently set for sentencing in this matter.

DATED November 30, 2011        Respectfully submitted,


                                /S/ MICHAEL B. BIGLOW
                                Michael B. Bigelow
                                Attorney for Defendant

**IT IS SO STIPULATED**

DATED: November 30, 2011         /s/ MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant


Dated; November 30, 2011         /s/MICAHEL ANDERSON
                                 Michael Anderson, AUSA


**ORDER**

**IT IS SO ORDERED**

DATED: November 30, 2011         /s/ Edward J. Garcia

                                 Judge, U.S. District Court
                                 Eastern District, California

-2-