BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GABRIEL RICHARD VIRAMONTES ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:07-cr-00432 EJG <br><br> STIPULATION AND <br> ORDER TO CONTINUE JUDGEMENT AND <br> SENTENCING |

The parties request that the sentencing hearing in this case be continued from January 6, 2012 to January 27, 2012 at 10:00 a.m.  Mr. Bigelow states that he has spoken with the defendant, Gabriel Richard Viramontes, and that the defendant is requesting additional time to discuss and review the P.S.R. with Mr. Bigelow prior to sentencing.

The defendant is currently in custody pending sentencing. The proposed January 27, 2012, date accommodates Mr. Bigelow's schedule and government counsel's trial schedule.  Mr. Bigelow requested that government counsel file this stipulation and sign on his behalf.  The United States does not object to this

1

request; however, the government is prepared to proceed with sentencing if this request for a continuance is denied.

                                                  Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATE: January 5, 2012       By:  /s/ Michael D. Anderson
                                                  MICHAEL D. ANDERSON
                                                  Assistant U.S. Attorney

DATE: January 5, 2012              /s/ Michael D. Anderson for
                                                  MICHAEL BIGELOW
                                                  Attorney for Defendant

                                                  **SO ORDERED.**

DATE: January 5, 2012
                                                  /s/ Edward J. Garcia
                                                  HON. EDWARD J. GARCIA
                                                  U.S. District Judge