**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gabriel Viramontes

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-07-432 EJG |
| ) Plaintiff ) | |
| ) | STIPULATION RESCHEDULING |
| vs. ) | RESTITUTION HEARING |
| ) | |
| ) | and ORDER |
| GABRIEL RICHARD VIRAMONTES ) | |
| ) | |
| ) | |
| Defendant ) | |

Pursuant to stipulation between the parties, the government's restitution hearing, currently scheduled to be heard on June 15, 2012, is to be continued to August 24, 2012, at 10:00 AM. This stipulation to continue the restitution hearing is necessitated due to the complexity of the issues now presented by the recent case of the *United States v. Yeung* 672 F.3d 594 (9th Cir. 2012.) In addition, the government is in the process of attempting to obtain documents relevant to the restitution issue presently in the custody of the various lending institutions in question, or their successors in

-1-

1 | interest.
2 |
3 | DATED June 10, 2012                    Respectfully submitted,
4 |
5 |                                        /S/ MICHAEL B. BIGLOW
  |                                        Michael B. Bigelow
6 |                                        Attorney for Defendant
7 |
8 | **IT IS SO STIPULATED**
9 | DATED: June 10, 2012                   /s/ MICHAEL B. BIGELOW
10|                                        Michael B. Bigelow
  |                                        Attorney for Defendant
11|
12| Dated; June 10, 2012                   /s/MICAHEL ANDERSON
13|                                        Michael Anderson, AUSA
14|
15|                                **ORDER**
16|
17| **IT IS SO ORDERED**
18|
19| DATED: June 11, 2012                   /s/ Edward J. Garcia
  |                                        Hon. Edward J. Garcia, Jr.
20|                                        Judge, U.S. District Court
  |                                        Eastern District, California
21|
22|
23|
24|
25|