1  **MICHAEL B. BIGELOW**
   Attorney at Law   - SBN 65211
2  331 J Street, Suite 200
   Sacramento, California 95814
3  Telephone: (916) 443-0217
   Email: LawOffice.mbigelow@gail.com
4
   Attorney for Defendant
5  Gabriel Viramontes



6
                UNITED STATES DISTRICT COURT
7
                EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA       )
                                  )   No. Cr.S-07-432 EJG
10               Plaintiff        )
                                  )
11      vs.                       )
                                  )   REQUEST THAT U.S. MARSHALL
12                                )   SERVICE NOT RETURN DEFENDANT
   GABREIL VIRAMONTES             )   TO SACRAMENTO COUNTY; REQUEST
13                                )   TO RESCIND THIS COURT'S ORDER
                                  )   OF MAY 1, 2012
14                                )   (PROPOSED) ORDER
                 Defendant        )
15 _____)

16

17          **INTRODUCTION and BASIS FOR REQUEST**

18     In this matter defendant, Gabriel Viramontes, was sentenced

19 to prison for 57 months on February 17, 2012. The matter is

20 presently set for a restitution hearing on August 24, 2012,

21 10:00 AM. Defendant had indicated that he wished to be present

22 during that hearing.

23     Pursuant to this Court's of May 1, 2012 (Doc. 232) the U.S.

24 Marshall's Office was not to transfer defendant to the Bureau of

25 Prisons until June 29, 2012. For reasons not entirely clear,

however, defendant was transferred to BOP and is presently incarcerated at Atwater.

Defendant has indicated that he no longer wishes to attend his restitution hearing, and he desires not to be returned to Sacramento. However, the error (transferring him to BOP prior to the date specified in this Court's order) has been discovered and is apparently in the process of being corrected. Defendant is, as of this writing, and at his initial request, on a transfer list to be returned. As stated *ante*, defendant no longer wishes to attend his restitution hearing and does not wish to be returned from Atwater.

Accordingly, it is requested that this Court issue an order rescinding its earlier order not to transfer defendant until June 29, 2012, and issue a new order permitting the Marshall's Office to transfer defendant to the Bureau of Prisons, *nunc pro tunc* to June 15, 2012 (the date it is believed defendant was

1  transferred).

3  DATED June 22, 2012          Respectfully submitted,

5                               /S/MICHAEL B. BIGELOW
6                               Attorney for Defendant

7                               **ORDER**

10 **IT IS SO ORDERED**

12 DATED: June 25, 2012

                                _____
                                Hon. EDWARD J. GARCIA, Jr.
                                Judge, U.S. District Court
                                Eastern District, California

-3-