**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gabriel Viramontes



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> GABRIEL RICHARD VIRAMONTES ) <br> ) <br> ) <br> Defendant ) <br> ) | No. Cr.S-07-432 EJG <br><br> STIPULATION AND ORDER RESCHEDULING RESTITUTION HEARING |

Pursuant to stipulation between the parties, the government's restitution hearing, currently scheduled to be heard on August 24, 2012, is to be continued to November 9, 2012, at 10:00 AM. This stipulation to continue the restitution hearing is necessitated due to the complexity of the issues now presented by the recent case of the *United States v. Yeung* 672 F.3d 594 (9th Cir. 2012.) In addition, the government continues its attempt to obtain documents relevant to the restitution issue presently in the custody of the various lending institutions in question, or their successors in

-1-

1  interest.

2

3  DATED August 15, 2012          Respectfully submitted,

4

5                                 /S/ MICHAEL B. BIGLOW
                                  Michael B. Bigelow
6                                 Attorney for Defendant

7

8  **IT IS SO STIPULATED**

9
   DATED: August 15, 2012         /s/ MICHAEL B. BIGELOW
10                                Michael B. Bigelow
                                  Attorney for Defendant
11

12
   Dated; August 15, 2012         /s/MICAHEL ANDERSON
13                                Michael Anderson, AUSA

14
                                 **ORDER**
15

16
   **IT IS SO ORDERED**
17

18 DATED: August 2l , 2012        _____
19                                Hon. Edward J. Garcia, Jr.
                                  Judge, U.S. District Court
20                                Eastern District, California

21

22

23

24

25

-2-